UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 13-21002-CV-MARTINEZ

ALINE DEMARIA,

       Plaintiff,

v.

CARNIVAL CORPORATION
d/b/a CARNIVAL CRUISE LINES,

       Defendant.
_____/

## NOTICE OF SETTLEMENT

The parties, Plaintiff, ALINE DEMARIA, and Defendant, CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINES, hereby notify this Honorable Court that all claims and causes of action between or among the parties have been amicably resolved. The parties are in the process of finalizing the settlement. Once the parties have exchanged the settlement documents for the settlement draft, the parties shall submit a Stipulation of Dismissal to the Court.

Dated this 15 day of August, 2013.

                                                          Respectfully submitted,

                                                          Donnise A. DeSouza, Esquire
                                                          CARNIVAL CORPORATION
                                                          3655 N.W. 87th Avenue
                                                          Miami, Florida 33178-2428
                                                          (305) 599-2600 telephone
                                                          (305) 406-4732 telefax

                                                          By:    *s/ Donnise A. DeSouza, Esq.*  .
                                                                   Donnise A. DeSouza, Esq.
                                                                  Fla. Bar No: 879398

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 15, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generate by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:  *s/ Donnise A. DeSouza, Esq.*  .
Donnise A. DeSouza, Esq.
Fla. Bar No: 879398

## SERVICE LIST

| GLENN HOLZBERG, ESQ. | DONNISE A .DESOUZA, ESQ. |
|---|---|
| 7685 S.W. 104TH Street | ddesouza@carnival.com |
| Suite 220 | 3655 N.W. 87th Avenue |
| Miami, FL 33156 | Miami, FL 33178 |
| Telephone: (305) 668-6410 | Telephone: (305) 406-4838 |
| Counsel for Plaintiff, DEMARIA | Facsimile: (305) 406-4732 |
|  | Counsel for Defendant, CARNIVAL |

[Service via CM/ECF Notice of Electronic Filing and via U.S. Mail]