UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number: 13-21002-CIV-MARTINEZ-MCALILEY**

ALINE DEMARIA,
    Plaintiff,

vs.

CARNIVAL CORPORATION d/b/a CARNIVAL
CRUISE LINES,
    Defendant.
_____/

## ORDER ON NOTICE OF SETTLEMENT AND DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the Parties' Notice of Settlement (D.E. No 13), indicating that the parties have reached a settlement in this matter. It is hereby:

ORDERED AND ADJUDGED as follows:

1) The parties shall file either a Notice of Dismissal (if the Defendant has not served an answer or motion for summary judgment) or a Stipulation of Dismissal (signed by all parties who have appeared in this action), **which must be filed with the Clerk of the Court**, a proposed Order of Dismissal or Final Judgment, and any other documents necessary to conclude this action **on or before August 27, 2013**.

2) If the parties fail to comply with this order, the Court shall <u>dismiss</u> this case without prejudice without any further warning.

3) The Clerk is DIRECTED to DENY ALL PENDING MOTIONS AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 20 day of August, 2013.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge McAliley
All Counsel of Record